# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ST. THOMAS AND ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs<br><br>Vs.<br><br>WASHINGTON CAMPAZ REBOLLEDO,<br>Defendant | CRIM. NO. 22-CR-5-RAM- (RM) |

## SENTENCING MEMORANDUM

**COMES NOW** Washington Campaz Rebolledo and through the undersigned attorney, respectfully alleges and prays:

1) Sentencing is scheduled for next March 14th.

2) The parties agree to a sentence of 96 months as per the stipulations and advisory sentencing guideline calculations in the plea agreement.

3) The government amended the Information and the Court granted said request. See docket 141.

4) From the outset, it is important to note the acknowledgement by the government that Mr. Campaz-Rebolledo **had a minimal participation in the offense.** Thus, four points were deducted in the sentencing guideline calculation in the plea agreement.

5) The presentence investigation report establishes that there has been no record of pretrial supervision as Mr. Campaz-Rebolledo has been continuously detained.

6) We stress the reason he was detained was because he is a Colombian national with no address or residence in any US Territory. However, he was not found in any territory but rather in the high seas. Thus, he was not illegally in US territory but rather was working in the high seas as a fisherman.

7) Concerning his conduct while imprisoned we must stress that there have been no incidents while incarcerated. Mr. Campaz-Rebolledo demonstrated exemplary conduct while in prison. He is a humble man who committed a mistake by joining a fishermen's crew which had intentions of transporting drugs. A horrible mistake which he will pay dearly.

8) As expressed before, Mr. Campaz-Rabolledo has no criminal history either in a United States' territory or Colombia.

9) There are no identifiable victims of the offense. <u>See</u> presentence report at paragraph 23.

10) There is no information that Mr. Campaz-Rebolledo obstructed justice. <u>Id.</u> at paragraph 24.

11) Mr. Campaz-Rebolledo has accepted responsibility and will elaborate at the sentencing hearing concerning the same. <u>Id.</u> at paragraph 25.

12) Mr. Campaz-Rebolledo meets the minimal participation criteria of the suggested Federal Sentencing Guidelines. <u>Id.</u> at paragraph 27.

13) Mr. Campaz-Rebolledo is a first-time offender. <u>Id.</u> at Part B.

14) Mr. Campaz-Rebolledo will be deported to Colombia after he completes the sentence imposed by this Honorable Court.

**FACTORS TO BE CONSIDERED IN IMPOSING A SENTENCE: 18 USCA 2553**

I. The Nature and circumstances of the offense.

A ship was found in international waters approximately 47 nautical miles southwest of the Isla de Malpelo, Colombia. The vessel displayed no indicia of nationality nor markings. The vessel was capsized, and four individuals were found on the hull of the overturned vessel with no life jackets. Apparently bale -like packages and multiple fuel drums were observed floating in nearby waters. USCGC James recovered all four individuals. Thus, although we are not questioning jurisdiction nor validating any actions by the members of the crew, it is not clear the intention was to transport or distribute the narcotics in US Territory.

Moreover, we stress the rawness of the vessel and the minimal means the crew had to survive. We just plead with the Court to see the larger picture, that of powerful narcos exploiting hunger and starvation in their own countries for wealth. Not caring about the devastation brought by their ruthless manners. In many ways, Mr. Campaz-Rebolledo is a victim of circumstances.

II. THE HISTORY AND CHARACTERISTICS OF MR. CAMPAZ-REBOLLEDO

Mr. Campaz-Rebolledo was born poor and is still poor. In describing his childhood in the presentence report, he stated "everything was very

limited. We never had enough". Presentence report at paragraph 47. As usual in the cycle of poverty his father abandoned him as a young boy. He was raised by his mother and maternal uncle, another characteristic of poverty: seeking family help to survive. As he stated, he only ate rice and fish. Id. He resided in an impoverished community at the margins of society with gangs and crime a staple of livelihood. However, Mr. Campaz-Rebolledo was able to keep himself out of the same.

He learned the fishermen's trade of his uncle. However, when there was no work as a fisherman he worked as a construction worker, both unskilled jobs destined for those at society's fringe. He has been responsible all his life and has taken care of his daughters born out of common-law marriage, another characteristic of society's marginalization, with Ms. Rosa Maria Yosiris Rivas Rivero for the past 18 years. Mr. Campaz-Rebolledo has two daughters: Angie Paola, age 17, and Sharon, age 11. Of course, his family has been hit the hardest, the real victim in this tragedy. Mr. Campaz-Rebolledo navigates in the hope that time passes fast and that he can be reunited with his family as soon as possible. As Mr. Campaz-Rebolledo told the probation officer: "[t]hey have been trying to digest it little by little. They are sad and tell me they miss me. I try to reassure them and I will get out". Paragraph 50 of the presentence report.

    We must emphasize the role given to Mr. Campaz-Rebolledo by the government as minimal participant, agreeing to a four-point deduction in

the Guidelines. This means that even the government acknowledges the tragedy in this case by acknowledging his minimal role.

As a man in his late 40's he suffers from all maladies usually related to that age. Hypertension is part of his daily life. He must take medication for this condition. Mr. Campaz-Rebolledo has no history of mental or emotional health problems. Neither, he has substance abuse problems. He recognizes he might have been a little too hard on alcohol.

As expected, he does not have any graduate education. He has had a life of hard labor doing construction work and fishing. He complied with the draft in his country and served in the Marine Infantry for one year in the Colombian army. He does not have the ability to pay a fine if the Court were to impose one. We hereby request the Court to waive the imposition of any fine.

III. THE NEED FOR THE SENTENCE IMPOSED TO:

A) REFLECT THE SERIOUSNESS OF THE OFFENSE

We submit the plea agreement contemplates a rather harsh sentence for Mr. Campaz-Rebolledo which reflects the seriousness of the offense.

B) AFFORD ADEQUATE DETERRENCE TO CRIMINAL CONDUCT

A term of imprisonment adequately deters any possible criminal conduct by Mr. Campaz-Rebolledo. The suggested sentence in the plea agreement certainly deters criminal conduct.

C) TO PROTECT THE PUBLIC FROM FURTHER CRIMES OF DEFENDANT

This factor is intertwined with the factor mentioned above.

Deterrence protects the public. We submit the possibility of recency in Mr. Campaz-Rebolledo is practically null.

IV THE KINDS OF SENTENCES AVAILABLE

The parties have agreed to a sentence under the Guidelines which is presumptively correct. It considered all sentencing factors and both parties believe is sufficient but not greater than necessary.

IV THE KINDS OF SENTENCING RANGE ESTABLISHED

As expressed above the sentence recommended in the case at bar is presumptively correct and the parties have been in a negotiation process to ensure the same is sufficient but not greater than necessary to satisfy all 18 USCA 3553 factors.

**WHEREFORE** it is respectfully requested from the court take notice of the information contained herein and consider it for sentencing purposes.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 22 of February, 2024.

S/ ***Jennie Mariel Espada, ESQ.***
USDC 225003
PO BOX 13811,
SJ, PR, 00908
787-758-1999/787-633-7199
espada.esquire@gmail.com

**CERTIFICATE OF SERVICE**

> I HEREBY CERTIFY that on this same date and by electronic CM/ECF filing system, copy of this Motion has been sent to:
>
> U.S. Attorney's Office and all others registered to receive notification by electronic mail USA delia.smith@urdoj.gov , Department of Justice U.S. Attorney Office 5500 Veterans Drive Suite 260 St. Thomas, VI 00802 340-774-5757 Fax: 340-776-3474 , and all parties of record electronically via the CM/ECF / NextGen Pacer System.

In San Juan, Puerto Rico, this 22nd day of September 2023.

S/ ***Jennie Mariel Espada, ESQ.***
USDC 225003
PO BOX 13811,
SJ, PR, 00908
787-758-1999/787-633-7199
espada.esquire@gmail.com